IN THE DELAWARE CIRCUIT COURT
STATE OF INDIANA

| | |
|---|---|
| TERESA A. WITT, ) | CAUSE NO. 18C01-1608-CT-000112 |
| Plaintiff, ) | |
| v. ) | FILED |
| ) | CLERKS OFFICE |
| WAL-MART STORES, INC., ) | DELAWARE CO., INDIANA |
| WAL-MART STORES EAST, LP, ) | SEP 2 2 2016 |
| WAL-MART #1665 and ) | |
| WAL-MART REAL ESTATE BUSINESS ) | Michael a King |
| TRUST, ) | CLERK |
| Defendants ) | |

## ANSWER TO PLAINTIFF'S COMPLAINT

Comes now the defendant, Wal-Mart Stores East, LP (also incorrectly sued as Wal-Mart Stores, Inc., Wal-Mart #1665 and Wal-Mart Real Estate Business Trust), by counsel, and for its Answer states:

1. Defendant is without knowledge or information sufficient to form a belief as to the truth of the material allegations contained in rhetorical paragraph 1.

2. Defendant denies the material allegations contained in rhetorical paragraph 2.

3. Defendant denies the material allegations contained in rhetorical paragraph 3.

4. Defendant is without knowledge or information sufficient to form a belief as to the truth of the material allegations contained in rhetorical paragraph 4.

5. Defendant denies the material allegations contained in rhetorical paragraph 5

6. Defendant denies the material allegations contained in rhetorical paragraph 6. The Walmart store in question is operated by the correct defendant Wal-Mart Stores East, LP.

7. Defendant is without knowledge or information sufficient to form a belief as to the truth of the material allegations contained in rhetorical paragraph 7.

8. Defendant is without knowledge or information sufficient to form a belief as to the truth of the material allegations contained in rhetorical paragraph 8.

9. Defendant denies the material allegations contained in rhetorical paragraph 9.

10. Defendant is without knowledge or information sufficient to form a belief as to the truth of the material allegations contained in rhetorical paragraph 10.

11. Rhetorical paragraph 11 is an allegation of duty, not fact.

12. Defendant denies the material allegations contained in rhetorical paragraph 12.

13. Rhetorical paragraph 13 is an allegation of law, not fact.

14. Defendant denies the material allegations contained in rhetorical paragraph 14.

15. Defendant denies the material allegations contained in rhetorical paragraph 15.

16. Defendant is without knowledge or information sufficient to form a belief as to the truth of the material allegations contained in rhetorical paragraph 16.

17. Defendant is without knowledge or information sufficient to form a belief as to the truth of the material allegations contained in rhetorical paragraph 17.

18. Defendant is without knowledge or information sufficient to form a belief as to the truth of the material allegations contained in rhetorical paragraph 18.

19. Defendant denies the material allegations contained in rhetorical paragraph 19.

20. Defendant denies the material allegations contained in rhetorical paragraph 20.

21. Defendant denies the material allegations contained in rhetorical paragraph 21.

WHEREFORE, defendant prays that plaintiff take nothing by way of her Complaint, for judgment in its favor and against plaintiff, for costs and for all other just and proper relief in the premises.

Respectfully submitted,

FROST BROWN TODD LLC

By: _____
Thomas L. Davis, #4423-49
Attorneys for Defendant

## AFFIRMATIVE DEFENSES

1. The fault of plaintiff Teresa A. Witt caused or contributed to cause the incident in question and resulting damages.

2. Defendant Wal-Mart Stores East, LP reserves the right to assert additional affirmative defenses disclosed during discovery.

WHEREFORE, defendant prays that plaintiff take nothing by way of her Complaint, for judgment in its favor and against plaintiff, for costs and for all other just and proper relief in the premises.

Respectfully submitted,

FROST BROWN TODD LLC

By: _____
Thomas L. Davis, #4423-49
Attorneys for Defendant

## REQUEST FOR JURY TRIAL

Comes now defendant Wal-Mart Stores East, LP, by counsel, and requests trial by jury in this matter.

Respectfully submitted,

FROST BROWN TODD LLC

By: _____
Thomas L. Davis, #4423-49
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served this 19th day of September, 2016, via regular U.S. mail, postage prepaid upon the following:

Nicholas J. Wagner
STEWART & STEWART
931 South Rangeline Road
Carmel, IN 46032

_____
Thomas L. Davis

FROST BROWN TODD LLC
201 North Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, IN 46244-0961
Phone: (317) 237-3800
Fax: (317) 237-3900
tdavis@fbtlaw.com

4818-0729-6824v1

IN THE DELAWARE CIRCUIT COURT
STATE OF INDIANA

| | |
|---|---|
| TERESA A. WITT, ) | CAUSE NO. 18C01-1608-CT-000112 |
| Plaintiff, ) | |
| v. ) | FILED |
| ) | CLERKS OFFICE |
| WAL-MART STORES, INC., ) | DELAWARE CO., INDIANA |
| WAL-MART STORES EAST, LP, ) | |
| WAL-MART #1665 and ) | SEP 2 2 2016 |
| WAL-MART REAL ESTATE BUSINESS ) | |
| TRUST, ) | Michael a King |
| ) | CLERK |
| Defendants ) | |

## APPEARANCE BY ATTORNEY IN CIVIL CASE

**This Appearance Form must be filed on behalf of every party in a civil case.**

1. The party on whose behalf this form is being filed is:
   Initiating _____   Responding ✓   Intervening _____ ; and

   the undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:

   Name of party: **Wal-Mart Stores East, LP (also incorrectly sued as Wal-Mart Stores, Inc., Wal-Mart #1665 and Wal-Mart Real Estate Business Trust)**

   Address of party *(see Question # 6 below if this case involves a protection from abuse order, a workplace violence restraining order, or a no-contact order)*
   Not applicable

   Telephone # of party Not applicable

   FAX: Not applicable

   Email Address: Not applicable

   *(List on a continuation page additional parties this attorney represents in this case.)*

2. Attorney information for service as required by Trial Rule 5(B)(2)

| | | | |
|---|---|---|---|
| Name: | **Thomas L. Davis** | Attorney Number: | #4423-49 |
| | **FROST BROWN TODD LLC** | Phone: | (317) 237-3800 |
| Address: | **201 North Illinois Street, Suite 1900** | FAX: | (317) 237-3900 |
| | **P.O. Box 44961** | Email: | tdavis@fbtlaw.com |
| | **Indianapolis, IN 46244-0961** | | |

*(List on continuation page additional attorneys appearing for above party)*

3. This is a CT case type as defined in administrative Rule 8(B)(3).

4. I will accept service from other parties by:

    FAX at the above noted number:  Yes _____  No ✓

    Email at the above noted number:  Yes _____  No ✓

5. This case involves child support issues. Yes _____ No ✓ *(If yes, supply social security numbers for all family members on a separately attached document filed as confidential information on **light green paper**. Use Form TCM-TR3.1-4.)*

6. This case involves a protection from abuse order, a workplace violence restraining order, or a no – contact order. Yes _____ No ✓ *(If Yes, the initiating party must provide an address for the purpose of legal service but that address should not be one that exposes the whereabouts of a petitioner.)* The party shall use the following address for purposes of legal service:

    _____  Attorney's address

    _____  The Attorney General Confidentiality program address

    (contact the Attorney General at 1-800-321-1907 or e-mail address is **confidential@atg.in.gov**).

    _____  Another address (provide)

7. This case involves a petition for involuntary commitment. Yes _____ No ✓

8. If Yes above, provide the following regarding the individual subject to the petition for involuntary commitment:

    a. Name of the individual subject to the petition for involuntary commitment if it is not already provided in #1 above: _____

    b. State of Residence of person subject to petition: _____

    c. At least one of the following pieces of identifying information:
        (i) Date of Birth _____
        (ii) Driver's License Number _____
           State where issued _____ Expiration date _____
        (iii) State ID number _____
           State where issued _____ Expiration date _____
        (iv) FBI number _____
        (v) Indiana Department of Corrections Number _____
        (vi) Social Security Number is available and is being provided in an attached confidential document Yes \_\_\_\_ No \_\_\_\_

9. There are related cases: Yes \_\_\_\_ No ✓ *(If yes, list on continuation page.)*

10. Additional information required by local rule:

   <u>Not applicable</u> _____

11. There are other party members: Yes \_\_\_\_ No ✓ *(If yes, list on continuation page.)*

12. This form has been served on all other parties and Certificate of Service is attached: Yes ✓ No \_\_\_

                      *[signature]*
                      Attorney or Pro Se Signature

                      <u>Thomas L. Davis</u>
                      Printed

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served this 19th day of September, 2016, via regular U.S. mail, postage prepaid upon the following:

Nicholas J. Wagner
STEWART & STEWART
931 South Rangeline Road
Carmel, IN 46032

_____
Thomas L. Davis


FROST BROWN TODD LLC
201 North Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, IN 46244-0961
Phone: (317) 237-3800
Fax: (317) 237-3900
tdavis@fbtlaw.com


LR08000.0640186  4812-6859-0904v1

4

## SUMMONS

| | |
|---|---|
| STATE OF INDIANA )<br>) SS:<br>COUNTY OF DELAWARE ) | IN THE DELAWARE CIRCUIT COURT<br>Clerk<br>100 West Washington Street<br>Muncie, IN 47305<br>Phone: (765) 747-7726 |

TERESA A. WITT, )
)
    Plaintiffs, )
)
vs. )
)
WAL-MART STORES, INC., )
WAL-MART STORES EAST, LP, )
WAL-MART #1665 and )
WAL-MART REAL ESTATE BUSINESS TRUST )
)
    Defendant. )

CAUSE NO: 18C01-1608-CT-000112

FILED
CLERKS OFFICE
DELAWARE CO., INDIANA

AUG 1 2 2016

Michael a King
CLERK

TO DEFENDANT: (Name)     **WAL-MART STORES EAST, LP**
                                  **C/O CT CORPORATION, AS REGISTER AGENT**
       (Address)     **150 W. MARKET ST.**
                                  **INDIANAPOLIS, IN 46204**

    You are hereby notified that you have been sued by the person named as plaintiff and in the Court indicated above.

    The nature of the suit against you is stated in the Complaint, which is attached to this Summons. It also states the relief sought or the demand made against you by the plaintiff.

    An answer or other appropriate response in writing to the Complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days, if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff.

    If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Dated **AUG 26 2016**        _Michael a King_ _____ (Seal)
                                                       Clerk, Delaware Circuit Court

**(The following manner of service of summons is hereby designated.)**

| | |
|---|---|
| **X** | Registered or **Certified Mail/ Return Receipt Requested #7015 1730 0000 8757 8708** |
| ____ | Service at place of employment, to wit: _____ |
| ____ | Service on individual – (Personal or copy) at above address._____ |
| ____ | Service on agent. (Specify) _____ |
| ____ | Other service. (Specify) _____ |

STEWART & STEWART
931 S. Rangeline Road
Carmel, IN 46032
Phone: (317) 846-8999

## SHERIFF'S RETURN ON SERVICE OF SUMMONS

I hereby certify that I have served this summons on the _____ day of _____, 2016:

(1) By delivering a copy of the Summons and a copy of the complaint to the defendant, _____.

(2) By leaving a copy of the Summons a copy of the Summons and a copy of the complaint at _____ which is the dwelling place or usual place of abode of _____ and by mailing a copy of said summons to said defendant at the above address.

(3) Other Service or Remarks: _____
_____

_____          _____
Sheriff's Costs                                      Sheriff

                                        By: _____
                                              Deputy

## CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the _____ day of _____, 2016, I mailed a copy of this Summons and a copy of the complaint to the defendant, _____, by _____ mail, requesting a return receipt, at the address furnished by the plaintiff.

                                        _____
                                        Clerk
Dated: _____, 2016.        By: _____
                                              Deputy

## RETURN ON SERVICE OF SUMMONS BY MAIL

    I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____ was accepted by the defendant on the _____ day of _____, 2016.

    I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint was returned not accepted on the _____ day of _____, 2016.

    I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____ was accepted by _____ on behalf of said defendant on the _____ day of _____, 2016.

                                        _____
                                        Clerk

                                        By: _____

## SUMMONS

| | |
|---|---|
| STATE OF INDIANA )<br>) SS:<br>COUNTY OF DELAWARE ) | IN THE DELAWARE CIRCUIT COURT<br>Clerk<br>100 West Washington Street<br>Muncie, IN 47305<br>Phone: (765) 747-7726 |

TERESA A. WITT, )
)
    Plaintiffs, )
)
vs. )
)
WAL-MART STORES, INC., )
WAL-MART STORES EAST, LP, )
WAL-MART #1665 and )
WAL-MART REAL ESTATE BUSINESS TRUST )
)
    Defendant. )

CAUSE NO: 18C01-1608-CT-000112

FILED
CLERKS OFFICE
DELAWARE CO., INDIANA

AUG 1 2 2016

*Michael a King*
CLERK

TO DEFENDANT: (Name)

    (Address)

**WAL-MART REAL ESTATE BUSINESS TRUST
C/O CT CORPORATION, AS REGISTER AGENT
150 W. MARKET ST.
INDIANAPOLIS, IN 46204**

    You are hereby notified that you have been sued by the person named as plaintiff and in the Court indicated above.
    The nature of the suit against you is stated in the Complaint, which is attached to this Summons. It also states the relief sought or the demand made against you by the plaintiff.
    An answer or other appropriate response in writing to the Complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days, if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff.
    If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Dated AUG 26 2016      *Michael a King* _____(Seal)
                                     Clerk, Delaware Circuit Court

(The following manner of service of summons is hereby designated.)

| | |
|---|---|
| __X__ | Registered or **Certified Mail/ Return Receipt Requested** #7015 1730 0000 8757 8722 |
| ____ | Service at place of employment, to wit: _____ |
| ____ | Service on individual – (Personal or copy) at above address. _____ |
| ____ | Service on agent. (Specify) _____ |
| ____ | Other service. (Specify) _____ |

STEWART & STEWART
931 S. Rangeline Road
Carmel, IN 46032
Phone: (317) 846-8999

## SHERIFF'S RETURN ON SERVICE OF SUMMONS

I hereby certify that I have served this summons on the _____ day of _____, 2016:

(1) By delivering a copy of the Summons and a copy of the complaint to the defendant, _____.

(2) By leaving a copy of the Summons a copy of the Summons and a copy of the complaint at _____ which is the dwelling place or usual place of abode of _____ and by mailing a copy of said summons to said defendant at the above address.

(3) Other Service or Remarks: _____

_____

_____  
Sheriff's Costs

_____  
Sheriff

By: _____  
Deputy

## CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the _____ day of _____, 2016, I mailed a copy of this Summons and a copy of the complaint to the defendant, _____, by _____ mail, requesting a return receipt, at the address furnished by the plaintiff.

Dated: _____, 2016.

Clerk  
By: _____  
Deputy

## RETURN ON SERVICE OF SUMMONS BY MAIL

    I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____ was accepted by the defendant on the _____ day of _____, 2016.

    I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint was returned not accepted on the _____ day of _____, 2016.

    I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____ was accepted by _____ on behalf of said defendant on the _____ day of _____, 2016.

Clerk  
By: _____

## SUMMONS

| | |
|---|---|
| STATE OF INDIANA )<br>) SS:<br>COUNTY OF DELAWARE ) | IN THE DELAWARE CIRCUIT COURT<br>Clerk<br>100 West Washington Street<br>Muncie, IN 47305<br>Phone: (765) 747-7726 |

TERESA A. WITT,   )   CAUSE NO: 18C01-1608-CT-000112
)
)
Plaintiffs,   )
)
vs.   )
)
WAL-MART STORES, INC.,   )
WAL-MART STORES EAST, LP,   )
WAL-MART #1665 and   )
WAL-MART REAL ESTATE BUSINESS TRUST   )
)
Defendant.   )

FILED
DELAWARE CLERKS OFFICE
DELAWARE CO., INDIANA
AUG 1 2 2016
Michel a King
CLERK

TO DEFENDANT: (Name)       WAL-MART STORES, INC
                           C/O CT CORPORATION, AS REGISTER AGENT
         (Address)         150 W. MARKET ST.
                           INDIANAPOLIS, IN 46204

You are hereby notified that you have been sued by the person named as plaintiff and in the Court indicated above.

The nature of the suit against you is stated in the Complaint, which is attached to this Summons. It also states the relief sought or the demand made against you by the plaintiff.

An answer or other appropriate response in writing to the Complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days, if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff.

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Dated **AUG 26 2016**                 Michel a King                     (Seal)
                                    Clerk, Delaware Circuit Court

(The following manner of service of summons is hereby designated.)

| | |
|---|---|
| __X__ | Registered or **Certified Mail/ Return Receipt Requested #7015 1730 0000 8757 8692** |
| _____ | Service at place of employment, to wit: _____ |
| _____ | Service on individual – (Personal or copy) at above address. _____ |
| _____ | Service on agent. (Specify) _____ |
| _____ | Other service. (Specify) _____ |

STEWART & STEWART
931 S. Rangeline Road
Carmel, IN 46032
Phone: (317) 846-8999

## SHERIFF'S RETURN ON SERVICE OF SUMMONS

I hereby certify that I have served this summons on the _____ day of _____, 2016:

(1) By delivering a copy of the Summons and a copy of the complaint to the defendant, _____.

(2) By leaving a copy of the Summons a copy of the Summons and a copy of the complaint at _____ which is the dwelling place or usual place of abode of _____ and by mailing a copy of said summons to said defendant at the above address.

(3) Other Service or Remarks: _____
_____

_____          _____
Sheriff's Costs                          Sheriff

                                         By: _____
                                             Deputy

## CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the _____ day of _____, 2016, I mailed a copy of this Summons and a copy of the complaint to the defendant, _____, by _____ mail, requesting a return receipt, at the address furnished by the plaintiff.

                                         _____
                                         Clerk
Dated: _____, 2016.         By: _____
                                             Deputy

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____ was accepted by the defendant on the ____ day of _____, 2016.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint was returned not accepted on the ____ day of _____, 2016.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____ was accepted by _____ on behalf of said defendant on the _____ day of _____, 2016.

                                         _____
                                         Clerk

                                         By: _____

## SUMMONS

| | |
|---|---|
| STATE OF INDIANA ) | IN THE DELAWARE CIRCUIT COURT |
| ) SS: | Clerk |
| COUNTY OF DELAWARE ) | 100 West Washington Street |
| | Muncie, IN 47305 |
| | Phone: (765) 747-7726 |

TERESA A. WITT,   )   CAUSE NO: 18C01-1608-CT-000112
)
)
    Plaintiffs,   )
)
vs.   )
)   **LEGAL**
WAL-MART STORES, INC.,   )   FILED
WAL-MART STORES EAST, LP,   )   SEP 07 2016   CLERKS OFFICE
WAL-MART #1665 and   )   DELAWARE CO., INDIANA
WAL-MART REAL ESTATE BUSINESS TRUST   )   **CENTRAL INTAKE**   AUG 1 2 2016
)
    Defendant.   )   *Michael a Key*
                                                                            CLERK

TO DEFENDANT: (Name)    WAL-MART #1665
                                  C/O ATTN: HIGHEST RANKING OFFICER
       (Address)         4801 W. CLARA LANE
                                  MUNCIE, IN 47304

    You are hereby notified that you have been sued by the person named as plaintiff and in the Court indicated above.
    The nature of the suit against you is stated in the Complaint, which is attached to this Summons. It also states the relief sought or the demand made against you by the plaintiff.
    An answer or other appropriate response in writing to the Complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days, if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff.
    If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Dated  AUG 26 2016                 *Michael a Key*      (Seal)
                                               Clerk, Delaware Circuit Court

(The following manner of service of summons is hereby designated.)

| | |
|---|---|
| **X** | Registered or **Certified Mail/ Return Receipt Requested #7015 1730 0000 8757 8715** |
| ____ | Service at place of employment, to wit: _____ |
| ____ | Service on individual – (Personal or copy) at above address. _____ |
| ____ | Service on agent. (Specify) _____ |
| ____ | Other service. (Specify) _____ |

STEWART & STEWART
931 S. Rangeline Road
Carmel, IN 46032
Phone: (317) 846-8999

```
STATE OF INDIANA      )       IN THE DELAWARE CIRCUIT COURT NO. ___
                      )SS:
COUNTY OF DELAWARE    )       CAUSE NO.: 18C01-1608-CT-000112
```

TERESA A. WITT,

    Plaintiff,

v.

WAL-MART STORES, INC.,
WAL-MART STORES EAST, LP,
WAL-MART #1665, and
WAL-MART REAL ESTATE BUSINESS TRUST,

    Defendants.

FILED
CLERKS OFFICE
DELAWARE CO., INDIANA

AUG 1 2 2016

Michael a King
CLERK

## COMPLAINT FOR DAMAGES AND REQUEST FOR JURY TRIAL

COMES NOW the Plaintiff, TERESA A. WITT, and for her Complaint for Damages against the above-captioned Defendants, and in this request for a jury trial, alleges and says:

1) The Plaintiff, TERESA A. WITT, is a resident of Delaware County, in the State of Indiana.

2) The Defendant, WAL-MART STORES, INC., is an Arkansas corporation registered and doing business in the State of Indiana.

3) The Defendant, WAL-MART STORES EAST, LP, is an Arkansas partnership registered and doing business in the State of Indiana.

4) The Defendant, WAL-MART #1665, is an Indiana business.

5) The Defendant, WAL-MART REAL ESTATE BUSINESS TRUST, is an Arkansas entity registerd and doing business in the State of Indiana.

6) The Defendants own, operate, manage, maintain, and/or otherwise control a general merchandise retail store known as "Wal-Mart Supercenter", located at 4801 West Clara

1

Lane, City of Muncie, County of Delaware, State of Indiana (hereafter referred to as "Wal-Mart", "Defendants' Store", or "Defendants' Property").

7) On September 3, 2014, at approximately 3:45 p.m., the Plaintiff, TERESA A. WITT, was shopping at Defendants' Store.

8) At the aforementioned time and place, the Plaintiff, TERESA A. WITT, slipped and fell on a liquid located on the floor of Defendants' Store (hereafter referred to as "Incident" or "Occurrence").

9) The Plaintiff, TERESEA A. WITT, in no way contributed to the cause of this Incident or the damages sustained therefrom.

10) At the time of this Incident, the Plaintiff, TERESA A. WITT, was a business invitee of the Defendants, and were on the Defendants' Property for the financial benefit of the Defendants.

11) At the time of the Incident, the Defendants owed the Plaintiff, TERESA A. WITT, a duty to maintain Defendants' Store in a reasonably safe condition. Orville Milk Co. v. Beller, 486 N.E.2d 555 (Ind. Ct. App. 1985).

12) At the time of the Incident, the Defendants were negligent in failing to exercise reasonable care in maintaining the Wal-Mart in a reasonably safe condition.

13) At the time of the Incident, Indiana law provided that a business invitor is subject to liability for the physical harm caused to its invitee(s) by a condition on land if it:

   a) knows or by the exercise of reasonable care would discover the condition, and should realize that it involves an unreasonable risk of harm to its invitees;

   b) should expect that its invitees will not discover or realize the danger, or will fail to protect themselves against it; and

2

c) fails to exercise a reasonable care to protect its invitees against the danger. Douglas v. Irvin, 549 N.E.2d 368 (Ind. 1990); Wal-Mart Stores, Inc. v. Wall, 712 N.E.2d 1015 (Ind. Ct. App. 1999); Restatement (Second) of Torts, § 353.

14) At the time of this Incident, the Defendants knew, or in the existence or reasonable care would have discovered that the aforementioned floor was wet and should have realized that it involved an unreasonable risk of harm to invitees such as the Plaintiff, TERESA A. WITT.

15) At the time of this incident, the Defendants should have expected that individuals such as the Plaintiff, TERESA A. WITT, would not realize or discover the dangerous condition of the aforementioned floor located on Defendants' Property, or would fail to protect themselves against it.

16) At the time of this Incident, the Defendants owed a duty to the Plaintiff, TERESA A. WITT, to warn her of the hazard on Defendants' Property. Duffy v. Ben Dee, Inc., 651 N.E.2d 320 (Ind. Ct. App. 1995); Burrell v. Meads, 569 N.E.2d 637 (Ind. 1991); Douglas v. Irvin, 549 N.E.2d 368, 369 (Ind. 1990).

17) The aforementioned duty to warn is not limited to only those of which the Defendants are aware. The Defendants, as business invitors, have a duty to exercise reasonable care to discover defects or dangerous conditions on the Defendants' Property, and are charged with knowledge of any dangerous conditions that could have been discovered in the exercise or reasonable care. Lutheran Hosp. of Indiana, Inc. v. Blaser, 634 N.E.2d 864 (Ind. Ct. App. 1994).

18) At the time of the incident, the Plaintiff, TERESA A. WITT, did not observe the wet condition of the floor until after she fell.

19) As a direct and proximate result of the Defendants' negligence, the Plaintiff, TERESA A. WITT, sustained physical injuries.

20) As a direct and proximate result of the Defendants' negligence, the Plaintiff, TERESA A. WITT, has incurred medical expenses and other costs.

21) As a direct and proximate result of the Defendants' negligence, the Plaintiff, TERESA A. WITT, has experienced, among other things, physical pain, mental anguish, and the loss of enjoyment of life from her personal injuries.

WEREFORE, the Plaintiff respectfully requests judgment against the Defendants in an amount reasonable to be compensated for damages sustained, any and all pre-judgment interest calculated daily according to law, and any and all other relief deemed just and proper.

Respectfully Submitted,

_____
Nicholas J. Wagner, #30185-84
Attorney for the Plaintiff

STEWART & STEWART
931 South Rangeline Road
Carmel, Indiana 46032
(317) 846-8999

## REQUEST FOR JURY TRIAL

Comes now the Plaintiff, by counsel, and respectfully requests that the above matter be tried by jury.

_____
Nicholas J. Wagner, #30185-84

STEWART & STEWART
931 South Rangeline Road
Carmel, Indiana 46032
(317) 846-8999

4